IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| Plaintiff, ) | Criminal Action |
| v. ) | No. 12-10085-01-14-MLB |
| **JUVENAL FERNANDEZ JR.,** ) | **FILED UNDER SEAL** |
| **AARON GOMEZ,** ) | |
| **KRISTIAN FERNANDEZ,** ) | |
| **MARIO CANTU,** ) | |
| **RITO MEJIA JR.,** ) | |
| **FRANCISCO COBOS,** ) | |
| **JUVENAL G. FERNANDEZ,** ) | |
| **ALEJANDRO DE LA TORRE-BARRIOS,** ) | |
| **GREGORY SCHMIDT II,** ) | |
| **DESMOND YANKEY,** ) | |
| **MARIA MACHUCA,** ) | |
| **DANIEL CARRERO,** ) | |
| **MARIO MACHUCA,** ) | |
| **SANDRA LOZORIA,** ) | |

**SEALED INDICTMENT**

The Grand Jury charges:

**COUNT 1**

From on or about October 30, 2010, and continuing to the present date, in the District of Kansas and elsewhere, the defendants,

**JUVENAL FERNANDEZ JR.,**
**AARON GOMEZ,**
**KRISTIAN FERNANDEZ,**
**MARIO CANTU,**
**RITO MEJIA JR., and**
**FRANCISCO COBOS,**

unlawfully, knowingly and intentionally combined, conspired, confederated, and agreed, with co-conspirators unindicted in this case, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute more than 5 kilograms of cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(a).

All in violation of Title 21, United States Code, Section 846, with reference to Title 21, United States Code, Sections 841(a) and (b)(1)(A).

**COUNTS 2 - 4**

On or about October 30, 2010, in the District of Kansas and elsewhere, the defendants,

**JUVENAL FERNANDEZ JR., and**
**KRISTIAN FERNANDEZ,**

did knowingly and intentionally use any communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841, that is, the conspiracy, distribution, and possession with the intent to distribute a controlled substance, in the following communications:

| Count | Date | Call No. | Line | Time | Participants |
|---|---|---|---|---|---|
| 2 | 10/30/10 | 93 | Target Telephone #1 (915) 727-9146 | 11:30 AM | J. Fernandez Jr. / K. Fernandez |
| 3 | 10/30/10 | 100 | Target Telephone #1 (915) 727-9146 | 2:08 PM | J. Fernandez Jr. / K. Fernandez |
| 4 | 10/30/10 | 105 | Target Telephone #1 (915) 727-9146 | 2:27 PM | J. Fernandez Jr. / K. Fernandez |

In violation of Title 21, United States Code, Section 843(b).

**COUNTS 5 - 7**

On or about the dates alleged below, in the District of Kansas and elsewhere, the defendants,

**JUVENAL FERNANDEZ JR., and**
**RITO MEJIA JR.,**

did knowingly and intentionally use any communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841, that is, the conspiracy, distribution, and possession with the intent to distribute a controlled substance, in the following communications:

| Count | Date | Call No. | Line | Time | Participants |
|---|---|---|---|---|---|
| 5 | 10/30/10 | 136 | Target Telephone #1 (915) 727-9146 | 4:37 PM | J. Fernandez Jr. / Mejia |
| 6 | 11/08/10 | 294 | Target Telephone #1 (915) 727-9146 | 11:19 PM | J. Fernandez Jr. / Mejia |
| 7 | 11/11/10 | 398 | Target Telephone #1 (915) 727-9146 | 11:05 AM | J. Fernandez Jr. / Mejia |

In violation of Title 21, United States Code, Section 843(b).

**COUNTS 8 - 10**

On or about the dates alleged below, in the District of Kansas and elsewhere, the defendants,

**JUVENAL FERNANDEZ JR., and**
**MARIO CANTU**,

did knowingly and intentionally use any communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841, that is, the conspiracy, distribution, and possession with the intent to distribute a controlled substance, in the following communications:

| Count | Date | Call No. | Line | Time | Participants |
|---|---|---|---|---|---|
| 8 | 11/09/10 | 319 | Target Telephone #1 (915) 727-9146 | 5:41 PM | J. Fernandez Jr. / Cantu |
| 9 | 11/09/10 | 341 | Target Telephone #1 (915) 727-9146 | 8:10 PM | J. Fernandez Jr. / Cantu |
| 10 | 11/10/10 | 364 | Target Telephone #1 (915) 727-9146 | 1:30 PM | J. Fernandez Jr. / Cantu |

In violation of Title 21, United States Code, Section 843(b).

**COUNTS 11 - 13**

On or about December 3, 2010 in the District of Kansas and elsewhere, the defendants,

**JUVENAL FERNANDEZ JR., and**
**FRANCISCO COBOS,**

did knowingly and intentionally use any communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841, that is, the conspiracy, distribution, and possession with the intent to distribute a controlled substance, in the following communications:

| Count | Date | Call No. | Line | Time | Participants |
|---|---|---|---|---|---|
| 11 | 12/03/10 | 1363 | Target Telephone #1 (915) 727-9146 | 11:12 AM | J. Fernandez Jr. / Cobos |
| 12 | 12/03/10 | 1407 | Target Telephone #1 (915) 727-9146 | 4:47 PM | J. Fernandez Jr. / Cobos |
| 13 | 12/03/10 | 1408 | Target Telephone #1 (915) 727-9146 | 4:49 PM | J. Fernandez Jr. / Cobos |

In violation of Title 21, United States Code, Section 843(b).

**COUNT 14**

On or about June 26, 2009, in the District of Kansas, the defendant,

**JUVENAL FERNANDEZ JR.**,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a, 9mm caliber, Glock 26 semi-automatic handgun with serial number NCH666, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 15**

On or about June 26, 2009, in the District of Kansas, the defendant,

**JUVENAL FERNANDEZ JR.**,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit: a, 9mm caliber Centerfire ammunition, said ammunition having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 16**

On or about July 27, 2010, in the District of Kansas, the defendant,

**JUVENAL FERNANDEZ JR.,**

did unlawfully, knowingly, and intentionally distribute approximately 55 grams of a substance or mixture containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT 17**

On or about July 27, 2010, in the District of Kansas, the defendant,

**JUVENAL FERNANDEZ JR.,**

did knowingly possess a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of cocaine, as alleged in Count 16.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 18**

On or about November 19, 2010, in the District of Kansas, the defendants,

**KRISTIAN FERNANDEZ,**
**ALEJANDRO DE LA TORRE-BARRIOS,**
**DESMOND YANKEY, and**
**GREGORY SCHMIDT II,**

did unlawfully, knowingly, and intentionally distribute approximately 26 grams of a substance or mixture containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNTS 19 - 20**

On or about November 18, 2010, in the District of Kansas and elsewhere, the defendants,

**JUVENAL FERNANDEZ JR., and**
**KRISTIAN FERNANDEZ,**

did knowingly and intentionally use any communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841, that is, the conspiracy, distribution, and possession with the intent to distribute a controlled substance, in the following communications:

| Count | Date | Call No. | Line | Time | Participants |
|---|---|---|---|---|---|
| 19 | 11/18/10 | 725 | Target Telephone #1 (915) 727-9146 | 2:24 PM | J. Fernandez Jr. / K. Fernandez |
| 20 | 11/18/10 | 742 | Target Telephone #1 (915) 727-9146 | 6:33 PM | J. Fernandez Jr. / K. Fernandez |

All in violation of Title 21, United States Code, Section 843(b).

**COUNT 21**

On or about December 9, 2010, in the District of Kansas, the defendants,

**KRISTIAN FERNANDEZ,**
**ALEJANDRO DE LA TORRE-BARRIOS,**
**DESMOND YANKEY, and**
**GREGORY SCHMIDT II,**

did unlawfully, knowingly, and intentionally distribute approximately 112 grams of a substance or mixture containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNTS 22 - 23**

On or about December 2, 2010, in the District of Kansas and elsewhere, the defendants,

**JUVENAL FERNANDEZ JR., and**
**KRISTIAN FERNANDEZ,**

did knowingly and intentionally use any communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841, that is, the conspiracy, distribution, and possession with the intent to distribute a controlled substance, in the following communications:

| Count | Date | Call No. | Line | Time | Participants |
|---|---|---|---|---|---|
| 22 | 12/02/10 | 1251 | Target Telephone #1 (915) 727-9146 | 2:28 PM | J. Fernandez Jr. / K. Fernandez |

| | | | | | |
|---|---|---|---|---|---|
| 23 | 12/02/10 | 1253 | Target Telephone #1 (915) 727-9146 | 2:31 PM | J. Fernandez Jr. / K. Fernandez |

All in violation of Title 21, United States Code, Section 843(b).

**COUNT 24**

On or about February 24, 2011, in the District of Kansas, the defendant,

**AARON GOMEZ,**

did unlawfully, knowingly, and intentionally distribute approximately 26 grams of a substance or mixture containing a detectable amount of Cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and 18 Section 2.

**COUNTS 25 - 27**

From on or about the dates alleged below, in the District of Kansas and elsewhere, the defendants,

**JUVENAL FERNANDEZ JR., and**
**AARON GOMEZ,**

did knowingly and intentionally use any communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841, that is, the conspiracy, distribution, and possession with the intent to distribute a controlled substance, in the following communications:

| Count | Date | Call No. | Line | Time | Participants |
|---|---|---|---|---|---|
| 25 | 05/03/11 | 89 | Target Telephone #3 (214) 243-7010 | 2:42 PM | J. Fernandez Jr. / Gomez |

| | | | | | |
|---|---|---|---|---|---|
| 26 | 05/05/11 | 316 | Target Telephone #3 (214) 243-7010 | 11:02 AM | J. Fernandez Jr. / Gomez |
| 27 | 05/13/11 | 767 | Target Telephone #3 (214) 243-7010 | 6:37 PM | J. Fernandez Jr. / Gomez |

All in violation of Title 21, United States Code, Section 843(b).

**COUNT 28**

From on May 3, 2011 and continuing through June 15, 2011, in the District of Kansas and elsewhere, the defendants,

**JUVENAL FERNANDEZ JR.,**
**MARIA MACHUCA,**
**DANIEL CARRERO, and**
**MARIO MACHUCA,**

unlawfully, knowingly and intentionally combined, conspired, confederated, and agreed, with co-conspirators unindicted in this case, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute approximately 5 kilograms or more of a mixture containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(a).

All in violation of Title 21, United States Code, Section 846, with reference to Title 21, United States Code, Sections 841(a) and (b)(1)(A).

**COUNT 29**

On or about June 12, 2011, in the District of Kansas, the defendants,

**MARIA MACHUCA, and**
**DANIEL CARRERO,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 4973 grams of a mixture containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

**COUNTS 30 - 37**

On or about the dates alleged below, in the District of Kansas and elsewhere, the defendants,

**JUVENAL FERNANDEZ JR., and**
**MARIA MACHUCA,**

did knowingly and intentionally use any communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841, that is, the conspiracy, distribution, and possession with the intent to distribute a controlled substance, in the following communications:

| Count | Date | Call No. | Line | Time | Participants |
|---|---|---|---|---|---|
| 30 | 05/02/11 | 55 | Target Telephone #2 (210) 248-5119 | 6:28 PM | J. Fernandez Jr. / Maria Machuca |
| 31 | 05/03/11 | 180 | Target Telephone #2 | 12:48 | J. Fernandez Jr. / |

| | | | | | |
|---|---|---|---|---|---|
| | | | (210) 248-5119 | PM | Maria Machuca |
| 32 | 05/04/11 | 386 | Target Telephone #2 (210) 248-5119 | 12:27 PM | J. Fernandez Jr. / Maria Machuca |
| 33 | 06/06/11 | 388 | Target Telephone #5 (505) 216-4246 | 2:28 PM | J. Fernandez Jr. / Maria Machuca |
| 34 | 06/06/11 | 411 | Target Telephone #5 (505) 216-4246 | 3:36 PM | J. Fernandez Jr. / Maria Machuca |
| 35 | 06/07/11 | 554 | Target Telephone #5 (505) 216-4246 | 3:32 PM | J. Fernandez Jr. / Maria Machuca |
| 36 | 06/07/11 | 585 | Target Telephone #5 (505) 216-4246 | 6:39 PM | J. Fernandez Jr. / Maria Machuca |
| 37 | 06/11/11 | 1088 | Target Telephone #5 (505) 216-4246 | 12:10 PM | J. Fernandez Jr. / Maria Machuca |

All in violation of Title 21, United States Code, Section 843(b).

**COUNTS 38 - 40**

On or about the dates alleged below, in the District of Kansas and elsewhere, the defendants,

**MARIA MACHUCA, and**
**DANIEL CARRERO,**

did knowingly and intentionally use any communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841, that is, the conspiracy, distribution, and possession with the intent to distribute a controlled substance, in the following communications:

| Count | Date | Call No. | Line | Time | Participants |
|---|---|---|---|---|---|
| 38 | 06/06/11 | 403 | Target Telephone #5 (505) 216-4246 | 3:23 PM | Maria Machuca / Carrero |
| 39 | 06/09/11 | 809 | Target Telephone #5 (505) 216-4246 | 10:03 AM | Maria Machuca / Carrero |
| 40 | 06/09/11 | 930 | Target Telephone #5 (505) 216-4246 | 8:53 PM | Maria Machuca / Carrero |

All in violation of Title 21, United States Code, Section 843(b).

**COUNTS 41 - 43**

On or about the dates alleged below, in the District of Kansas and elsewhere, the defendants,

**MARIA MACHUCA, and**
**MARIO MACHUCA,**

did knowingly and intentionally use any communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841, that is, the conspiracy, distribution, and possession with the intent to distribute a controlled substance, in the following communications:

| Count | Date | Call No. | Line | Time | Participants |
|---|---|---|---|---|---|
| 41 | 06/06/11 | 438 | Target Telephone #5 (505) 216-4246 | 8:25 PM | Maria Machuca / Mario Machuca |
| 42 | 06/08/11 | 698 | Target Telephone #5 (505) 216-4246 | 2:09 PM | Maria Machuca / Mario Machuca |

| | | | | | |
|---|---|---|---|---|---|
| 43 | 06/09/11 | 838 | Target Telephone #5 (505) 216-4246 | 11:54 PM | Maria Machuca / Mario Machuca |

All in violation of Title 21, United States Code, Section 843(b).

**COUNT 44**

On or about December 20, 2011, in the District of Kansas, the defendants,

**MARIA MACHUCA, and**
**SANDRA LOZORIA,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute 5.45 kilograms of a substance or mixture containing a detectable amount of Marijuana, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D) and Section 2.

**COUNTS 45-46**

On or about December 20, 2011, in the District of Kansas, the defendants,

**MARIA MACHUCA, and**
**SANDRA LOZORIA,**

did knowingly and intentionally use any communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841, that is, the conspiracy, distribution, and possession with the intent to distribute a controlled substance, in the following communications:

| Count | Date | Call No. | Line | Time | Participants |
|---|---|---|---|---|---|
| 45 | 11/12/11 | 40 | Target Telephone #10 (303) 304-5903 | 4:26 PM | Maria Machuca / Mario Machuca |
| 46 | 12/20/11 | 16 | Target Telephone #11 (316) 761-5008 | 2:32 PM | Maria Machuca / Mario Machuca |

All in violation of Title 21, United States Code, Section 843(b).

**COUNT 47**

On or about August 23 2011, in the District of Kansas, the defendant,

**JUVENAL FERNANDEZ JR.,**

did unlawfully, knowingly, and intentionally distribute more than 500grams of a substance or mixture containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Section 2.

**COUNT 48**

**CONSPIRACY TO COMMIT MONEY LAUNDERING**

Beginning on or about January 1, 2006 through May 31, 2011, the exact dates being unknown to the grand jury, in the District of Kansas and elsewhere, the defendants,

**JUVENAL FERNANDEZ JR., and**
**JUVENAL G. FERNANDEZ,**

did knowing and intentionally combine, conspire, confederate, and agree with others, both known and unknown to the grand jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956 and 1957, to wit:

To knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, the Distribution of and Conspiracy to Distribute Controlled Substances, as defined in Section 102 of the Controlled Substances Act, in violation of Title 21, United States Code, Sections 841 (a); 846 and Title 18, United States Code, Section 2 ; knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(I) and 1961(1); and

To knowingly engage and attempt to engage, in monetary transactions by, through or to a financial institution affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is such property having been derived from a specified unlawful activity, that is, the Distribution of and Conspiracy to Distribute Controlled Substances, as defined in Section 102 of the Controlled Substances Act, in violation of Title 21, United States Code, 841 (a); 846 and Title 18, United States Code, Section 2 , in violation of Title 18, United States Code, Sections 1957 and 1961(1).

**MANNER AND MEANS OF THE CONSPIRACY**

The manner and means used to accomplish the objectives of the conspiracy included, amount others, the following:

The defendants **JUVENAL FERNANDEZ JR. AND JUVENAL G FERNANDEZ** obtained the proceeds from the Distribution of and Conspiracy to Distribute Controlled Substances, as alleged in Counts 1 through 13, 16, 19, 20, 22 through 37, and 47 of the Indictment and did engage in numerous financial transactions, affecting interstate and foreign commerce, involving these proceeds, including but not limited to, financial transactions for the purchase and maintenance of real estate and vehicles, in order to conceal and disguise the nature, location, source, ownership and control of the proceeds of these unlawful activities, to wit: Distribution and the Conspiracy to Distribute Controlled Substances.

Specifically, the defendants **JUVENAL FERNANDEZ JR., and JUVENAL G. FERNANDEZ,** obtained income through Juvenal Fernandez Jr.'s illegal distribution of controlled substances, then took the cash derived there-from and purchased real estate and vehicles in the following manner:

From November 25, 2003 to October 12, 2005, Juvenal Fernandez Jr. was incarcerated in a prison. On October 12, 2005 Juvenal Fernandez Jr. was released from prison to the Wichita Work Release Center. Fernandez Jr. would have been able to leave the facility during the day to conduct personal business and return to the facility at night. Beginning in 2006, Juvenal G. Fernandez received money wire transfers from unknown

sources in Mexico that were deposited into his personal bank account # 2486 at Emprise Bank. A few days after the first wire transfer of $13,000 on March 27, 2006, Juvenal G. Fernandez opened an account under the name Remnew Construction at Emprise Bank with account # 1765. From that point forward, there were several properties purchased by Juvenal G. Fernandez with money from unknown sources, believed to be cash proceeds from Juvenal Fernandez Jr.'s illegal drug distribution within the United States. The defendants utilized proceeds from the illegal distribution of controlled substances to make repairs, improvements and renovations to these real estate properties and converted many of them to rental properties to purchase additional real estate and to make some of the associated mortgage payments.

Many of the properties that were purchased were titled in the name Juvenal G. Fernandez, although Juvenal Fernandez Jr. continued to exercise control over these assets and received the profits from the sale of the real estate.

The defendants utilized proceeds from the illegal distribution of controlled substances to conceal the true source of the proceeds coming from drug trafficking and to conduct monetary transactions in criminally derived property of a value greater than $10,000, such as obtaining or causing to be obtained, cashier's checks to pay for the down payment on a property or purchasing a lot for the future building of a residence.

In violation of Title 18, United States Code, Sections 1956(h) and 2.

## COUNTS 49 through 56

## MONEY LAUNDERING - CONCEALING

The allegations of Counts 1 through 13, 16, 19, 20, 22 through 37, and 47 are re-alleged and incorporated as though fully set out herein.

Beginning on or about the dates as alleged in each count listed below, in the District of Kansas and elsewhere, defendants

**JUVENAL G. FERNANDEZ, and**
**JUVENAL FERNANDEZ JR.,**

knowing that the property involved in the financial transactions listed below represented the proceeds of some form of unlawful activity, knowingly and willfully conducted, and caused to be conducted, the financial transactions below designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of unlawful activity, to wit: Distribution of , Possession with the Intent to Distribute and Conspiracy to Distribute Controlled Substances, and engaged in the activities of which affected interstate or foreign commerce as defined in Section 102 of the Controlled Substances Act, in violation of Title 21, United States Code, §§ 841 (a); 846, and Title 18, United States Code, § 2:

| COUNT | DATE OF OFFENSE | FINANCIAL TRANSACTION | AMOUNT |
|---|---|---|---|
| 49 | April 27, 2006 | Juvenal G. Fernandez received a $13,000 wire from Mexico that was deposited into his personal Emprise account # 2486. He then opened Emprise account # 1765 under the name of Remnew Construction and | $13,000.00 |

| COUNT | DATE OF OFFENSE | FINANCIAL TRANSACTION | AMOUNT |
|---|---|---|---|
| | | transferred $10,000 from account #2486. | |
| 50 | May 07, 2008 | On May 11, 2007, Juvenal G. Fernandez caused the purchase of 2504 N. Waco, Wichita, KS for $8,000, however there is no record of the money coming from any of Juvenal G. Fernandez' known bank accounts. On 05/13/08 Juvenal G. Fernandez sold 2504 N. Waco for $77,000. There was no cash to the seller and the proceeds were held by First American Title Co. | $63,283.38 |
| 51 | July 23, 2008 | Juvenal G. Fernandez received a $24,485 wire transfer from Mexico that was deposited into his Emprise acct. #2486 on June 27, 2008. Juvenal G. Fernandez obtained a cashier's check for $24,000 which was deposited into Juvenal Fernandez, Jr.'s Bank of America acct. #9163. | $24,000.00 |
| 52 | July 25, 2008 | Juvenal Fernandez Jr. transfers $24,000 from Bank of America savings acct. # 9163 to his Bank of America checking account #5597. | $24,000.00 |
| 53 | November 21, 2008 | Juvenal Fernandez wrote a check to First American Title from Bank of America acct. #5597 for earnest money toward the purchase of Evergreen Apartments at 2760 N. Arkansas, Wichita, KS | $2500.00 |
| 54 | November 26, 2008 | Juvenal Fernandez Jr. caused his wife to draw a cashier's check from | $39,289.99 |

| COUNT | DATE OF OFFENSE | FINANCIAL TRANSACTION | AMOUNT |
|---|---|---|---|
| | | their joint Bank of America checking acct. #5597 that was paid to First American Title for a down payment on at 2760 N. Arkansas, Wichita, KS, which is owned in the of name Juvenal G. Fernandez. | |
| 55 | May 07, 2009 | Juvenal G. Fernandez caused the purchase of 1833 S. Market, Wichita, KS for $9,000, however there is no record of the money coming from any of Juvenal G. Fernandez' known bank accounts. On 08/07/2009, Juvenal G. Fernandez sold 1833 S. Market for $56,500. There was no cash to the seller and the proceeds were held at First American Title Co. | $47,347.58 |
| 56 | November 17, 2010 | 2345 N. Salina, Wichita, KS was sold and Juvenal G. Fernandez received a check from Sunflower Title which he then deposited in Juvenal Fernandez Jr.'s Bank of America acct. #2580. | $53,712.59 |

All in violation of Title 18, United States Code, §§1956(a) (1) and 2.

**COUNTS 57 through 62**

**ENGAGING IN A MONETARY TRANSACTION**

The allegations of Counts 1 through 13, 16, 19, 20, 22 through 37, and 47 are re-alleged and incorporated as though fully set out herein.

Beginning on or about the dates as alleged in each count listed below, in the District of Kansas and elsewhere, defendants

**JUVENAL G. FERNANDEZ, and**
**JUVENAL FERNANDEZ JR.,**

knowingly engaged and attempted to engage in monetary transactions by, through or to financial institutions, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000.00, that is, deposits, withdrawals, transfers, and exchanges described below of United States currency, funds, and monetary instruments in the amounts specified below, such property having been derived from a specified unlawful activity, that is Distribution of, Possession with the Intent to Distribute, and Conspiracy to Distribute Controlled Substances, as defined in Section 102 of the Controlled Substances Act, in violation of Title 21, United States Code, §§ 841 (a), 846, and Title 18, United States Code, Section 2 ; on the dates and in the amounts alleged as follows:

| COUNT | DATE OF OFFENSE | FINANCIAL TRANSACTION | AMOUNT |
|---|---|---|---|
| 57 | April 27, 2006 | Juvenal G. Fernandez received a $13,000 wire from Mexico that was deposited into his personal Emprise account # 2486. Juvenal G. Fernandez then opened Emprise account # 1765 under the name of Remnew Construction and transferred $10,000 from account #2486. | $13,000.00 |
| 58 | June 25, 2009 | Juvenal Fernandez Jr. purchased a 1999 Lincoln Navigator with cash from AdvantEdge Quality Cars in Wichita, KS. | $11,483.00 |

| | | | |
|---|---|---|---|
| 59 | November 27, 2009 | Juvenal G. Fernandez and Juvenal Fernandez Jr. caused the purchase of 2345 N. Salina, Wichita, KS with drug proceeds. On 02/23/2009, Juvenal Fernandez Jr. took $2000 cash to Bank of America and received a cashier's check to Kansas Secured Title for earnest money on 2345 N. Salina. On 03/14/2009, Juvenal Fernandez Jr. took $4,427.82 in cash to Bank of America and received a cashier's check to Kansas Secured Title toward the purchase of 2345 N. Salina. On 03/09/2009 Maria E. FERNANDEZ transferred $2,250.67 from Emprise acct. #2486 to REMNEW CONSTRUCTION Emprise account. On 03/16/2009 $5,000 cash was deposited into REMNEW CONSTRUCTION and again on 03/30/2009 $3,000 cash was deposited into the REMNEW CONSTRUCTION Emprise account. All of these funds were for the $10,000 cashier's check to Kansas Secured Title. | $16,225.00 |
| 60 | November 26, 2008 | On 05/13/2008, Juvenal G. Fernandez sold 2504 N. Waco for $77,000. There was no cash to the seller and the proceeds were held at First American Title Co. On 11/26/2008 $63,163.15 was paid toward the purchase price ($415,000) of Evergreen Apartments, 2760 N. Arkansas, Wichita, KS from First American Title | $63,163.18 |
| 61 | January 14, 2009 | Juvenal Fernandez Jr. draws a cashier's check from Bank of America acct. #2580 for the purchase of a vacant lot at 3377 N. Wild Thicket Court, Wichita, KS. | $20,001.51 |
| 62 | August 13, 2009 | On 08/07/2009, Juvenal G. Fernandez sold 1833 S. Market for $56,500. There was no cash to the seller and the proceeds were held at First American Title Co. On 08/13/2009, Juvenal G. Fernandez transferred the money from First American Title with a cashier's check toward the balance of the construction loan at 3377 Wild Thicket Ct. Wichita, KS. | $47,347.58 |

All in violation of Title 18, United States Code, Section1957 and Section 2.

**COUNT 63**

**BANK FRAUD**

On or about November 8, 2008, in the District of Kansas and elsewhere, defendants,

**JUVENAL G. FERNANDEZ, and**
**JUVENAL FERNANDEZ JR.,**

knowingly devised a scheme and artifice to defraud the First National Bank of Anthony, 3570 N. Woodlawn, Suite 440, Wichita, KS 67220, a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation, by means of false or fraudulent pretenses or representations, to wit: the defendant made statements, orally and in writing, to First National Bank of Anthony with regard to the ownership and occupancy of 3377 Wild Thicket Court, in Wichita, Kansas, to obtain money from First National Bank of Anthony, when the defendants knew that his statements were false.

In violation of Title 18, United States Code §1344 (2) and § 2.

**FORFEITURE ALLEGATION**

1. The allegations contained in Counts 1 through 13 through 16, 19, 20, 22 through 37, and 47 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section

982, Title 21, United States Code, Section 853, and Title 31, United States Code, Section 5332.

2. Upon conviction of an offense in violation of Title 21, United States Code, Section 846, the defendants, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or traceable to such property, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

A.) **REAL PROPERTY**

All lots or parcels of land, together with their buildings, appurtenances, improvements, fixtures, attachments and easements, at the addresses listed and described below:

1. 3377 N. Wild Thicket Court, Wichita, Kansas
   Lot 124, Block 1, Fox Ridge Addition, Wichita, Sedgwick County, Kansas, owner of record- Juvenal Fernandez Jr.

2. 2403 N. Shelton, Wichita, Kansas
   South ½ Lot 46 and all of Lot 48, Block 6, Mascot Addition, Wichita, Sedgwick County, Kansas – owner of record – Juvenal Fernandez

3. 3054 N. Park Place, Wichita, Kansas
   Lots 1-2, Block 27, Jones Park Addition, Wichita, Sedgwick County, Kansas- owner of record – Juvenal Fernandez

B.) **FIREARMS**

1. A 9mm caliber semi-automatic handgun with serial number NCH666, said firearm having been shipped and transported in interstate commerce.

2. Centerfire 9mm ammunition.

C.) **FORFEITURE MONEY JUDGMENT:**

A sum of money equal to $174,343.45 in United States representing the amount of proceeds obtained as a result of the offense alleged in Count 1 for which the for which the defendants listed in said Count are jointly and severally liable.

1. **Substitute Assets**

If the above-described forfeitable property, as a result of any act or omission of the defendants,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property and cannot be subdivided without difficulty.

it is the intent of the United States pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of said defendants up to the value of the named forfeitable property, all in violation of Title 21, United States Code, Sections 841 and 853, including but not limited to the following:

1. 3377 N. Wild Thicket Court, Wichita, Kansas
   Lot 124, Block 1, Fox Ridge Addition, Wichita, Sedgwick County, Kansas, owner of record- Juvenal Fernandez Jr.

2. 2403 N. Shelton, Wichita, Kansas
   South ½ Lot 46 and all of Lot 48, Block 6, Mascot Addition, Wichita, Sedgwick County, Kansas – owner of record – Juvenal Fernandez

3. 3054 N. Park Place, Wichita, Kansas
   Lots 1-2, Block 27, Jones Park Addition, Wichita, Sedgwick County, Kansas- owner of record – Juvenal Fernandez

4. Lots 20-21, Block 27, Jones Park Addition, Wichita, Sedgwick County, Kansas – owner of record- Juvenal Fernandez Jr.

A TRUE BILL

March 27, 2012
DATE

s/Foreperson
FOREMAN OF THE GRAND JURY

/s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (fax)
barry.grissom@usdoj.gov
KS. S. Ct. No. 10866

(It is requested that trial be held in Wichita, Kansas.)